LIVERIGHT PUBLISHING CORPORATION, Respondent, *v.* THEODORE DREISER, Appellant.

Argued May 31, 1938; decided July 7, 1938.

*Arthur Carter Hume* for appellant.

*George Z. Medalie, Lester R. Bachner* and *Louis Haimoff* for respondent.

Judgment affirmed, with costs; no opinion. (See **278** N. Y. 708.)

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.